JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| EUGENE WILLIAM HILLMAN, Petitioner, v. STEPHEN SMITH, Acting Warden, Respondent. | No. ED CV 24-00586-JFW (DFM) JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Date: July 15, 2025

JOHN F. WALTER
United States District Judge